ARACOMA COAL COMPANY, Bandmill Coal Corporation, Spartan Mining Company, Stirrat Coal Company, Black Stallion Coal Company, LLC, Coyote Coal Company, LLC, Dodge Hill Mining Company, LLC, Highland Mining Company, LLC, Kanawha Eagle Coal, LLC, Panther, LLC, Jupiter Holdings, LLC, Remington, LLC, Wildcat, LLC, Consol Energy, Inc., Consolidation Coal Company, Consol of Pennsylvania Coal Company, Consol of Kentucky Inc., Eighty Four Mining Company, Helvetia Coal Company, Island Creek Coal Company, Kent Coal Mining Company, Laurel Run Mining Company, Ninevah Coal Company, Eagle Energy, Inc., Elk Run Coal Company, Inc., Goals Coal Company, Green Valley Coal Company, Independence Coal Company, Inc., Knox Creek Coal Corporation, Markfork Coal Company, Inc., Martin County Coal Corporation, Peerless Eagle Coal Company, Performance Coal Company, Rawl Sales & Processing, Co., Sidney Coal Company, Inc., Stone Mining Company, Apogee Coal, Covenant Coal Corp., Jim Walter Resources, Inc., Alex Energy, Inc., Delbarton Mining Company, Colony Bay Coal Company, Logan Fork Coal Company, Pine Ridge Coal Company, Rivers Edge Mining, Inc., Andalex Resources, Inc., Arch Western Resources, LLC, Canyon Fuel Company, LLC, Catenary Coal Company n/k/a Catenary Coal Company, LLC, Clintwood Elkhorn Mining Company, Coal–Mac, Inc., Coastal Coal Company, LLC n/k/a Enterprise Mining Company, LLC, Coastal Coal–West Virginia, LLC n/k/a Brooks Run Mining Company, LLC, Dal–Tex Coal Corporation, Eastern Associated Coal Corporation n/k/a Eastern Associated Coal, LLC, Evergreen Mining Company, Gatliff Coal Company, Genwal Resources, Inc., Glamorgan Coal Company, LLC, Hobet Mining, Inc., n/k/a Hobet Mining, LLC, Keystone Coal Mining Corporation, Kingston Resources, Inc., McElroy Coal Company, Mingologan Coal Co., Mountaineer Coal Development Company, Nicholas–Clay Company, LLC, n/k/a Amvest West Virginia Coal, LLC, Nicholas–Clay Land & Mineral, Inc., Old Ben Coal Company, Pacific Coast Coal Company, Paynter Branch Mining, Inc., Perry County Coal Corporation, Pioneer Fuel Corporation, Plateau Mining Corporation, Premier Elkhorn Coal Company, Quarto Mining Company, Rag Cumberland Resources, L.P. n/k/a Cumberland Coal Resources, L.P., Rag Emerald Resources, L.P., n/k/a Emerald Coal Resources, L.P., Riverside Energy, Inc. n/k/a AMCI Holdings, Inc., Shipyard River Coal Terminal Company, Terry Eagle L.P., United States Steel Mining Company LLC, Usibelli Coal Mine, Inc., Virginia Crews Coal Company, and West Ridge Resources, Inc., Plaintiffs–Appellants,

and

Powder River Coal Company, Peabody Holding Company, Inc., Mid–Vol Leasing, Inc., and Twentymile Coal Company, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

Clinchfield Coal Company, Elkay Mining Company, Heartland Coal Company, Holston Mining Company, Meadow River Coal Company, Motivation Coal Company, Paramont Coal Corpo-

ration, Pyxis Resources Corporation, Ranger Fuel Corporation, and Sea B Mining Company, Plaintiffs–Appellants,

v.

United States, Defendant–Appellee.

Mingo Logan Coal Company, Plaintiff–Appellant,

v.

United States, Defendant–Appellee.

Red River Coal Company, Inc., Plaintiff–Appellant,

v.

United States, Defendant–Appellee.

Eaglehawk Carbon, Inc., Mossy Eagle Limited Liability Co., Rockspring Development, Inc., Twin Star Mining Inc., White Flame Energy, Inc., Kanawha Eagle Limited Liability Company, and Kanawha Eagle Coal, LLC, Plaintiffs–Appellants,

v.

United States, Defendant–Appellee.

Nos. 2012–5090, 2012–5093, 2012–5121, 2012–5091, 2012–5094, 2012–5133, 2012–5092, 2012–5095, 2012–5134, 2013–5013.

United States Court of Appeals, Federal Circuit.

July 22, 2013.

Rehearing En Banc Denied Oct. 8, 2013.

Steven Harlan Becker, Becker Law Firm, PLLC, of New York, New York argued for all plaintiff-appellants. On the brief were Lindsay A. Minnis, Baker & McKenzie, LLP, of New York, New York, for plaintiffs-appellants Aracoma Coal Company, et al. and Mingo Logan Coal Company; John Yates Merrell, Jr., Merrell & Merrell, P.C., of McLean, Virginia, for plaintiff-appellant, Red River Coal Company, Inc.; and Robert M. Rolfe, Hunton & Williams LLP, of Richmond, Virginia, for plaintiffs-appellants, Clinchfield Coal Company, et al.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

NEWMAN, BRYSON, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.